**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DOUGLAS LUMBER CORP., | ) | CA 07 282 |
| | ) | Case No. ________________ |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. PC 07-3148 |
| | ) | Providence County Superior Court) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| TARA CAPUANO, Alias and | ) | |
| ESTATE OF LOUIS GIULIANO | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

TO: Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

William C. Dimitri
462 Broadway
Providence, RI 02909

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

PLEASE TAKE NOTICE that the action styled *Douglas Lumber Corp. v. United States, et al.*, Case No. PC 07-3148, now pending in the Providence County Superior Court in the state of Rhode Island, is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action in interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons and complaint, together with attachments, constituting all

non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

ROBERT CLARK CORRENTE
United States Attorney

RICHARD MYRUS
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND has this 26th day of July, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

William C. Dimitri
462 Broadway
Providence, RI 02909