STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DOUGLAS LUMBER CORP.
*Plaintiff*

VS.

C. A. No. PC 07-3148

UNITED STATES OF AMERICA
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO
*Defendants*

# INTERPLEADER COMPLAINT

## Parties and Jurisdiction

1. Plaintiff, Douglas Lumber Corp., is a Rhode Island corporation with its principal place of business located in Smithfield, Rhode Island.

2. Defendant, United States of America, is a sovereign government.

3. Defendant, Tara Capuano, is an individual residing, upon information and belief, in the Town of Cumberland, County of Providence, State of Rhode Island.

4. Defendant, Estate of Louis Giuliano, is a Rhode Island estate currently being probated in the Town of Smithfield, State of Rhode Island.

5. This Court has personal jurisdiction over Defendants and subject matter jurisdiction over this action.

## General Allegations

6. As of October 19, 2004, Plaintiff was the holder of a first mortgage lien on the real property located at 82 Weeks Street, Cumberland, Rhode Island, more particularly described as Assessor's Plat 53, Lot 1006, in the Town of Cumberland (the "Premises) owned by the Estate of Louis Giuliano.

7. As of October 19, 2004, Defendant, Tara Capuano, was a lien holder on the premises.

8. The following represents the respective status of the lien holders on the Premises, in order, after Plaintiff's first mortgage, as of January 25, 2007, based on the Land Evidence Records of the Town of Cumberland.

(a) $435,191.06 Federal Tax Lien for the benefit of the IRS and executed by and through the IRS, dated November 14, 2006 and recorded November 29, 2006 in Book 1361 at Page 553; this lien was created by the federal tax liability of Louis Giuliano and was noticed by the Manhattan, New York Office of the IRS and is attached hereto as Exhibit A and is incorporated by reference herein;

(b) $50,000.00 mortgage from Louis Giuliano to Tara Capuano, dated October 19, 2004 and recorded December 8, 2004 in Book 1242 at Pages 438 and 439 and are attached hereto as Exhibit B and is incorporated by reference herein.

9. The Estate of Louis Giuliano is a party in interest and owner of the fee of the subject property sold at foreclosure sale.

10. A true and accurate copy of title commitment report depicting the status of the title regarding the Premises on 82 Weeks Street, Cumberland, Rhode Island is attached hereto as Exhibit C and is incorporated by reference herein.

11. On April 3, 2007, Plaintiff foreclosed on the Premises.

12. The sale proceeds were $223,000.00.

13. After applying the sale proceeds to the outstanding principal, interest, escrow deficit, legal fees and expenses, inspection fees, and insurance, there was a surplus of $147,587.00.

14. Pursuant to Rule 22 of the Superior Court Rules of Civil Procedure, Plaintiff wishes to interplead into this Court the remaining surplus sale proceeds, and after deducting its legal fees to bring this action, to be discharged of any liability to any of Defendant lien holders and/or former fee owners.

15. A case or controversy exists as to the disposition of the surplus proceeds.

16. As interpleader action is appropriate because otherwise the Plaintiff is exposed to double or multiple liabilities and because Plaintiff is merely a stakeholder with no interest in how the net surplus proceeds are allocated.

WHEREFORE, Plaintiff, Douglas Lumber Corp., requests that this Court order that the surplus proceeds from its foreclosure sale, less any outstanding legal fees and costs, be interpleaded into the registry of the Court, and further requests an Order of the Court discharging Plaintiff from any liability to Defendants.

Plaintiff, Douglas Lumber Corp., designates Richard C. Tallo, Esquire as trial counsel.

PLAINTIFF,
By its Attorney,

Richard C. Tallo, Esquire #0504
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

Dated: June 12, 2007