Plaintiff's Exhibit
A

3437

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #1
Lien Unit Phone: (800) 913-6050

Serial Number
328131906

For Optional Use by Recording Office

RECORDED: 11/23/2006 10:20 AM
BK / PG: 001361 / 000553
Inst No: 00015829
CUMBERLAND TOWN CLERK'S OFFICE
PAT S[illegible]

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer LOUIS GIULIANO

Residence 160 HARRIS RD
SMITHFIELD, RI 02917-1931

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | XXX-XX-9076 | 06/06/2005 | 07/06/2015 | 435191.06 |

Place of Filing

TOWN CLERK
CUMBERLAND TOWN HALL
CUMBERLAND, RI 02864

Total $ 435191.06

This notice was prepared and signed at MANHATTAN, NY, on this,

the 14th day of November, 2006.

Signature R. A. Mitchell
for SHAWN L SKENE

Title
REVENUE OFFICER 21-02-3432
(401) 826-4701

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)