Plaintiff's Exhibit
B

BK 1242 PG 438

# 11,578

# MORTGAGE DEED

I, LOU GIULIANO, of the Town of Smithfield, Rhode Island for consideration paid, grant to TARA CAPUANO of the Town of Cumberland, Rhode Island individually with MORTGAGE COVENANTS, to secure the payment of FIFTY THOUSAND AND no/100 ($50,000.00) Dollars payable as provided in a certain negotiable promissory note of even date herewith, the following premises:

WEEKS STREET
CUMBERLAND, RI 02864
AP 53 LOT 1006

as further described in Exhibit "A" attached hereto and incorporated herein.

This mortgage is made upon the STATUTORY CONDITIONS and with the STATUTORY POWER OF SALE.

Witness our hands this 19th day of October, 2004.

In the presence of:

WITNESS

Lou Giuliano

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In the Town of Lincoln on the 19th day of October, 2004 before me personally appeared Lou Giuliano to me known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him executed to be his free act and deed.

NOTARY PUBLIC: Michael J. Healey
MY COMMISSION EXPIRES: 1/15/2006

BK 1242 PG 439

**EXHIBIT A**

That certain lot or parcel of land with all improvements thereon situated in the Town of Cumberland, County of Providence, State of Rhode Island laid out and designated as Lot 240 on that Plat entitled "Home Crest cumberland Hill, R.I. Owned by the City and Suburban Land Trust Providence, R.I. C. Louis Dunklee, Eng'r July 1919" which plat is recorded on Plat Card 117 in said Town of Cumberland. Subject to and together with any easements or restrictions as they may apply.

**Property Address**
Weeks Street
Cumberland, RI
AP 53 Lot 1006

RECEIVED
Town of Cumberland
DEC 8 2004