SUPERIOR COURT
RECEIVED
JUL 12 2007
U.S. ATTORNEY
DISTRICT OF R.I.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

| | | |
|---|---|---|
| DOUGLAS LUMBER CORP., Plaintiff, | : | |
| v. | : | C.A. No. PC 07-3148 |
| UNITED STATES OF AMERICA, TARA CAPUANO and THE ESTATE OF LOUIS J. GIULIANO, SR. Defendants. | : | |

## ANSWER OF DEFENDANT TARA CAPUANO

As for her answer to the Interpleader Complaint filed by Douglas Lumber Corporation ("Douglas Lumber"), Defendant Tara Capuano states as follows:

### Parties and Jurisdiction

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

### General Allegations

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

WHEREFORE Interpleader defendant Tara Capuano demands that the Court distribute the full amount of funds owed to her from the subject surplus funds, pursuant to the Mortgage deed of October 19, 2004, plus accrued interest, attorney's fees and costs.

Tara Capuano
By her Attorney,

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)
bill@dimitri-perkins.com

FIRST AFFIRMATIVE DEFENSE

Interpleader defendant Tara Capuano pursuant to the mortgage deed of October 19,2004, has a lien with priority over all other existing liens with the exception of the Plaintiff's. Wherefore she is entitled to recover the full amount owed under said mortgage deed plus accrued interest and fees from the surplus funds.

Tara Capuano
By her Attorney,

William C. Dimitri, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Answer was sent by first class mail postage prepaid on this 9th day of July, 2007 to the following:

Richard C. Tallo, Esq.
P.O. Drawer 9007
Providence, RI 02940

Edward L. Maggiacomo, Esq.
One Citizens Plaza, 8th Floor
Providence, RI 02903