RECEIVED
JUL 05 2007
U.S. ATTORNEY
DISTRICT OF R.I.

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

| | | |
|---|---|---|
| **DOUGLAS LUMBER CORP.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. PC 07-3148** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **TARA CAPUANO and THE ESTATE OF** | : | |
| **LOUIS J. GIULIANO, SR.** | : | |
| **Defendants.** | : | |

## ANSWER OF INTERPLEADER DEFENDANT, THE ESTATE OF LOUIS J. GIULIANO, SR.

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.

421441v1

14. Admitted.

15. Admitted.

16. Admitted.

## FIRST AFFIRMATIVE DEFENSE

The surplus funds belong to the Estate of Louis J. Giuliano, Sr.

WHEREFORE: The Defendant, The Estate of Louis J. Giuliano, Sr. (the "Estate"), claims the surplus and leaves the other Interpleader Defendants to their proof as to their entitlement to any surplus funds.

Respectfully submitted,

**THE ESTATE OF LOUIS J. GIULIANO, SR.,**
By its Attorney:

EDWARD L. MAGGIACOMO (#0438)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
FAX: 401-751-0604
Dated: July 2, 2007

421441v1



07/11/2007 15:30 4017095017 US ATTORNEY CIVIL PAGE 03/06

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was sent via first class mail postage prepaid to the following on this 2nd day of July, 2007:

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, RI 02940



07/11/2007 15:30 4017095017 US ATTORNEY CIVIL PAGE 04/06

Richard C. Tallo
ATTORNEY AT LAW

July 11, 2007

RECEIVED
JUL 12 2007
U.S. ATTORNEY
DISTRICT OF R.I.

Attn: Richard Myrus
U. S. Department of Justice
Office of U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence RI 02903

Re: ***Douglas Lumber Corp. v. United States of America, et al.***
***C. A. No. PC 07-3148***

Dear Richard:

Enclosed please find an Answer that I received today from Attorney Dimitri. Apparently, he is answering for Tara Capuano. Since you are not certified on this, I thought you ought to have a copy for your records.

Very truly yours,

RICHARD C. TALLO

RCT:geg
Enclosure

Post Office Drawer 9007 • Providence, Rhode Island 02940 • 750 East Avenue • Pawtucket, Rhode Island 02860
Tel: 401.726.1010 • Toll Free: 800.230.4050 • Fax: 401.726.3406 • richard@pearlmanlawoffices.com