IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS LUMBER CORP., Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, TARA CAPUANO, Alias, and ESTATE OF LOUIS GIULIANA Defendants. | ) | Case No. 07-CV-282 |

**UNITED STATES' ANSWER**

Defendant United States of America denies each and every allegation that is not specifically admitted below and otherwise submits the following answer to plaintiff's complaint, responding to each numbered paragraph as follows:

1. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 1.

2. Admits.

3. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 3.

4. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 4.

5. Admits.

**General Allegations**

6. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 6.

7. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations as set forth in Paragraph 7 and avers that Exhibit C attached to the complaint states that the lien was not recorded with the Cumberland Town Clerk's office until December 8, 2004.

8. The United States admits that it holds a valid federal tax lien, based on the federal tax liability of Louis Giuliano, recorded with the Town Clerk of Cumberland on November 29, 2006, in Book 1361, Page 553, that the amount of the liability when recorded was $435,191.06 and that a copy of the notice of federal tax lien is attached to the complaint as Exhibit A. By way of further answer, the United States asserts that the current liability, through July 15, 2007, is $406,738.65. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations as set forth in Paragraph 8.

9. Admits that the estate of Louis Giuliano is a party to this action, and the United States currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations as set forth in Paragraph 9.

10. The United States admits that Exhibit C purports to be a title commitment report and is attached to the Complaint, but currently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations as set forth in Paragraph 10.

11. Admit.

12. Admit.

13. Admit.

14. The United States admits that Plaintiff may interplead the $147,587.00 in surplus funds. To the extent Plaintiff has not already done so, the United States denies that the funds

should be interplead with the State Court, but rather should be deposited with the U.S. District Court for the District of Rhode Island. The United States denies that Plaintiff is entitled to deduct legal fees involved in bringing this action. The United States admits that, as long as Plaintiff complies with the orders of this Court, including any appeals, the Plaintiff will be discharged of any liability to the Defendant lien holders and/or former fee owners, regarding the interpled funds. The Untied States denies any remaining allegations in Paragraph 14.

15. Admits.

16. Admits.

WHEREFORE, the United States respectfully requests that this Court:

A. Determine that the United States holds valid Federal Tax Liens on all property and rights to property of Louis Giuliano, including his interest in the real property at issue and the resulting surplus fund;

B. Determine the priority of the competing liens; and

C. Order such other and further relief as the Court deems just and proper.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant United States Attorney

/s/ Wendy J. Kisch

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system, which will send notification of such filing(s) to the following:

NONE

and I hereby further certify that on the same date, I caused the foregoing documents to be mailed, by the United States Postal Services to the following non-registered participants:

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

William C. Dimitri
462 Broadway
Providence, RI 02909

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

s/ *Wendy J. Kisch*

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 307-6553
wendy.j.kisch@usdoj.gov

 2633247.1