IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS LUMBER CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 07-CV-282 |
| TARA CAPUANO, Alias, and | ) | |
| ESTATE OF LOUIS GIULIANA | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' MOTION FOR CLARIFICATION,
OR IN THE ALTERNATIVE, MOTION TO RECONSIDER
ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW ATTORNEY'S FEES

NOW COMES the defendant, the United States of America, and hereby moves for the court to clarify or reconsider the state ourt Order, entered on July 2, 2007, granting Plaintiff's counsel $1,375 in attorney fees. The United States seeks a clarification that the fees and costs awarded by the state court's July 2, 2007 Order will only be paid from any distribution that would otherwise be paid to Tara Capuano. If the Court finds that Tara Capuano's interest is junior to that of the United States, then the United States asks the Court to order the plaintiff to deposit the $1,375 it kept in attorney fees and costs with the Court for redistribution to the United States.

In support of its motion, the United States' submits a memorandum of reasons, attached hereto.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD MYRUS
Assistant United States Attorney

Dated: July 27, 2007

/s/ Wendy J. Kisch

Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system, which will send notification of such filing(s) to the following:

William C. Dimitri

and I hereby further certify that on the same date, I caused the foregoing documents to be mailed, by the United States Postal Services to the following non-registered participants:

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

s/ *Wendy J. Kisch*

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 307-6553
wendy.j.kisch@usdoj.gov