STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

RECEIVED JUL 05 2007 U.S. ATTORNEY DISTRICT OF R.I.

FILED

DOUGLAS LUMBER CORP.

VS.

C. A. No. PC 07-3148

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEPOSIT INTO REGISTRY OF COURT**

Plaintiff's motion for leave to deposit money into the registry of the court came on for hearing before Mr. Justice Rubine on July 2, 2007. The court notes that all the requirements of Rule 67 of the Superior Court Rules of Civil Procedure have been satisfied, and that leave of court was sought by the motion, and every other party to the action has received notice of the motion. There is good cause to permit the deposit and none to prevent it. Accordingly, after hearing thereon and in consideration thereof, it is hereby

ORDERED:

That plaintiff's motion is granted, and the clerk shall accept for deposit the check tendered by plaintiff's counsel in the amount of $147,587.00 minus counsel fees and costs of 13750.00 and deposit it in the registry of court. The funds so deposited are ordered subject to the ultimate disposition of the court in this matter.

ENTERED as an Order of this Court on this 2nd day of July, 2007.

True Copy Attest:

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ENTER:

_____ J.
7/2/07

BY ORDER:

SUPERIOR COURT FILED
HENRY S. KINCH, JR. CLERK
2007 JUL -2 A 10:34

Clerk

GOVERNMENT EXHIBIT A

PENGAD-Bayonne, N.J.

07/11/2007 15:38 4017095017 US ATTORNEY CIVIL PAGE 05/06

 C. A. No. PC 07-3148

Submitted By:

Richard C. Tallo, Esquire #0504
Attorney for Plaintiff
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

**CERTIFICATION**

I hereby certify that on this 27th day of June, 2007, I mailed a true copy of the within to the following:

Edward L. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence RI 02903

Internal Revenue Service
Area Director
P O Box 9112
Stop 20800
JFK Federal Building
Boston MA 02203

U. S. Department of Justice
Office of U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence RI 02903

U. S. Department of Justice
Tax Division
Ben Franklin Station
Washington DC 20044

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -2 A 10:34