Kisch 7824

STA )F RHODE ISLAND AND PROVIDENCE P. TATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3148 DOUGLAS LUMBER CORP V UNITED STATES OF AMERICA

Filing Date: 06-20-2007 Case Type: INTERPLEADER
Case Status: UNASSIGNED Status Date: 06-20-2007

Plaintiff: DOUGLAS LUMBER CORP. Attorney: RICHARD TALLO
ID: @10911660

Defendant: UNITED STATES OF AMERICA
ID: @10911661

Defendant: TARA CAPUANO Attorney: WILLIAM DIMITRI
ID: @10911662

Defendant: LOUIS GIULIANO Attorney: EDWARD MAGGIACOMO
ID: @10914174 Attorney: JAIME LAPORTE

2007 AUG -1 PM 3:54
RECEIVED
CTS. NORTHERN REGION

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 07-02-2007 | OTHER<br>ORDER ENTERED | W CRT2 | RUBINE |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-20-2007 | COMPLAINT FILED | |
| 06-20-2007 | INITIAL FILING FEE | |
| 06-20-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP250933. |
| 06-28-2007 | MOTION | TO BE DISCHARGED - NO HEARING DATE ON DOCUMENT<br>Affiliated: DOUGLAS LUMBER CORP. |
| 06-28-2007 | MOTION FOR DEPOSIT | INTO THE REGISTRY OF COURT - NO HEARING DATE ON DOCUMENT<br>Affiliated: DOUGLAS LUMBER CORP. |
| 06-28-2007 | SUMMONS,PROOF OF SERVICE FILED | |
| 06-28-2007 | SUMMONS,PROOF OF SERVICE FILED | |
| 06-28-2007 | AFFIDAVIT OF ATTY'S FEES FILED | Affiliated: TALLO, RICHARD C. |
| 06-28-2007 | SUMMONS,PROOF OF SERVICE FILED | |
| 06-28-2007 | SUMMONS,PROOF OF SERVICE FILED | |
| 07-02-2007 | ANSWER FILED | TO COMPLNT<br>Affiliated: GIULIANO, LOUIS J |
| 07-02-2007 | SUMMONS,PROOF OF SERVICE FILED | IRS |
| 07-02-2007 | SUMMONS,PROOF OF SERVICE FILED | ESTATE OF LOUIS GUILIANO |
| 07-02-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CAPUANO, TARA |
| 07-02-2007 | SUMMONS,PROOF OF SERVICE FILED | U S DEPT OF JUSTICE |

True Copy Attest
Henry S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STA )F RHODE ISLAND AND PROVIDENCE PL TATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3148 DOUGLAS LUMBER CORP V UNITED STATES OF AMERICA

| | | |
|---|---|---|
| 07-02-2007 | AFFIDAVIT OF ATTY'S FEES FILED | |
| 07-02-2007 | ORDER, MOTION TO DEPOSIT FUNDS | RUBINE,J - GRANTED, SUM OF $147,587.00 MINUS COUNSEL FEES & COSTS OF $1375 TO BE DEPOSITED INTO COURT REGISTRY |
| 07-02-2007 | ORDER ENTERED | |
| 07-06-2007 | IN ACCORD WITH THE ORDER ENT'D | IN ACCORD w/ ORDER ENTERED 7/2/07 FUNDS IN THE AMOUNT OF $146,212.00 ARE RCVD & DEPOSITED INTO REGISTRY OF THE COURT BOOK 20 PG 78. |
| 07-12-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: UNITED STATES OF AMERICA |
| 07-16-2007 | ANSWER FILED | Affiliated: CAPUANO, TARA |
| 07-26-2007 | NOTICE OF REMOVAL | FROM UNITED STATES OF AMERICA TO THE US DISTRICT COURT FOR THE DISTRICT OF RI. |
| 07-26-2007 | NOTICE | NOTICE OF FILING OF PAPERS REMOVING ACTION TO THE UNITED STATES DISTRICT COURT. |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# TAB 1

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# OMNIBUS CALENDAR ASSIGNMENT FORM

SUPERIOR COURT

☒ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

1. DOUGLAS LUMBER CORP.

VS. UNITED STATES OF AMERICA and TARA CAPUANO, ALIAS

2. CASE NO. PC 07-3148

3. **REQUESTED CALENDAR ASSIGNMENT**

**TRIAL CALENDAR**

☐ J Jury Trial ☐ N Non-Jury Trial

4. **FORMAL AND SPECIAL CAUSE CALENDAR**

☐ AGA Agency Appeal
☐ AOD Assessment of Damages
☐ CNA Confirm Arbitration
☐ CNP Contempt Proceedings
☐ DEJ Declaratory Judgment
☐ EOJ Entry of Judgment
☐ FFR First and Final Report
☐ FRR Foreclosure of Right of Redemption
☐ FRS Friendly Suit
☐ OPC Oral Proof of Claim
☐ MNJ Mandatory Injunction
☐ MEL Mechanic's Lien
☐ MAT Motion to Attach
☐ PRT Partition Proceedings
☐ PAT Petition to Appoint Temporary Receiver
☐ PEN Petition to Enforce
☐ PIN Petition for Instructions
☐ PRE Petition to Reclaim
☐ PES Petition to Sell
☐ PPI Preliminary Injunction
☐ POC Proof of Claim
☐ RCP Receivership Proceedings
☐ SUP Supplementary Proceedings
☐ TRO Temporary Restraining Order
☐ TIP Title Proceedings
☐ TSP Trustee Proceedings
☐ VAR Vacate Arbitration
☐ WOM Writ of Mandamus
☐ WOR Writ of Replevin

☒ OTH Other FSC Matter Interpleader action for purposes of foreclosure-excess proceeds

**DISPOSITIVE MOTION CALENDAR (TUESDAYS, PROV. ONLY)**

☐ MTD Motion to Dismiss, Under Rule 12
☐ MJP Motion for Entry of Judgment on Pleadings
☐ MPS Motion for Partial Summary Judgment
☐ MSJ Motion for Summary Judgment
☐ MTN Other Dispositive Motion

HEARING DATE 7-2-07 FSC MOTION CAL. CLERK Graziano DATE 6-20-07

5. **SPECIAL MASTER CALENDAR**

☐ CIC Criminal Injury Compensation HEARING DATE ______ CLERK ______

6. **METHOD OF ASSIGNMENT**

☐ Motion to Assign ☐ Stipulation to Assign ☐ Court Order Pursuant to Temporary Ex Parte Order

BASED ON METHOD OF ASSIGNMENT, STATE ANY RELEVANT INFORMATION BELOW

7. ATTORNEYS DATE

Signatures [signature] (Plaintiff's) (Defendant's)

Print Name Richard C. Tallo, Esq. #0504

SUPERIOR COURT FILED HENRY S. KINCH JR., CLERK

2007 JUN 20 A 8:54

8. DATE / TIME STAMP

True Copy Attest [signature]

Office of Clerk of Superior Court, Counties of Providence and Bristol, Providence, Rhode Island

SR-11 (Rev. 2/91) WHITE - COURT YELLOW - PLAINTIFF PINK - DEFENDANT GOLD - CALENDAR CLERK

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE # PC 07-3148

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| PLAINTIFF ID# | DEFENDANT ID# |
|---|---|
| DOUGLAS LUMBER CORP. | UNITED STATES OF AMERICA and TARA CAPUANO, Alias |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | ( ) EX EXCESSIVE TAX | ( ) PR PARTITION |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) RC REINSTATE CHARTER |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RY REAL PROPERTY |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) SA SEXUAL ABUSE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | ( ) IJ INJUNCTIVE RELIEF | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CH CIVIL RIGHTS/JOB DISCRIM | (X) IP INTERPLEADER | ( ) SX SEXUAL HARASSMENT |
| ( ) CI CRIMINAL INJURY COMP | ( ) LC LEAD CASE | ( ) TD CONTRACT DAMAGES |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) LS LIBEL/SLANDER | ( ) TE TRESSPASS & EJECTMENT |
| ( ) CM COMMON LAW LIEN | ( ) ME MALPRACTICE/LEGAL | ( ) TO TITLE CLEARING |
| ( ) CS CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) CV CRIMINAL CONVERSION | ( ) MO MALPRACTICE/OTHER | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | ( ) OV OTHER CIVIL ACTION | ( ) UM UNINSURED MOTORIST |
| ( ) DJ DECLARATORY JUDGMENT | ( ) PB PROPERTY DAMAGES | ( ) WM WRIT OF MANDAMUS |
| ( ) DG RECOVERY OF DAMAGES | ( ) PG PROPERTY DAMAGES/VEH | ( ) WR WRIT OF REPLEVIN |
| ( ) DB DEBT ON JUDGMENT | ( ) PI PERSONAL INJURY | ( ) WD WRONGFUL DEATH |
| ( ) DD DECEPTIVE TRADE PRACTICE | ( ) PJ PERSONAL INJURY/VEHICLE | |
| ( ) DN DENIAL OF PROBATE CLAIM | ( ) PL PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) AC ARBITRATION/CONFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATION REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECEIVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) CW OUT OF STATE WITNESS | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TL FORECLOSURE/TAX LIEN |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) VC VACATE ARBITRATION |
| ( ) FL FORECLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

True Copy Attest

TRIAL ( ) YES (X) NO IF YES: ( ) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION#: Richard Pallo, Esquire #0504
PRO SE/NAME: DATE: TODAY 6/12/07

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUN 20 A 8:52

Office of Clerk Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SC223 (REV05-05)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DOUGLAS LUMBER CORP.
*Plaintiff*

VS.

C. A. No. PC 07- 3148

UNITED STATES OF AMERICA
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO
*Defendants*

# INTERPLEADER COMPLAINT

## Parties and Jurisdiction

1. Plaintiff, Douglas Lumber Corp., is a Rhode Island corporation with its principal place of business located in Smithfield, Rhode Island.

2. Defendant, United States of America, is a sovereign government.

3. Defendant, Tara Capuano, is an individual residing, upon information and belief, in the Town of Cumberland, County of Providence, State of Rhode Island.

4. Defendant, Estate of Louis Giuliano, is a Rhode Island estate currently being probated in the Town of Smithfield, State of Rhode Island.

5. This Court has personal jurisdiction over Defendants and subject matter jurisdiction over this action.

## General Allegations

6. As of October 19, 2004, Plaintiff was the holder of a first mortgage lien on the real property located at 82 Weeks Street, Cumberland, Rhode Island, more particularly described as Assessor's Plat 53, Lot 1006, in the Town of Cumberland (the "Premises) owned by the Estate of Louis Giuliano.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR. CLERK

2007 JUN 20 A 8: 52

7. As of October 19, 2004, Defendant, Tara Capuano, was a lien holder on the premises.

8. The following represents the respective status of the lien holders on the Premises, in order, after Plaintiff's first mortgage, as of January 25, 2007, based on the Land Evidence Records of the Town of Cumberland.

(a) $435,191.06 Federal Tax Lien for the benefit of the IRS and executed by and through the IRS, dated November 14, 2006 and recorded November 29, 2006 in Book 1361 at Page 553; this lien was created by the federal tax liability of Louis Giuliano and was noticed by the Manhattan, New York Office of the IRS and is attached hereto as Exhibit A and is incorporated by reference herein;

(b) $50,000.00 mortgage from Louis Giuliano to Tara Capuano, dated October 19, 2004 and recorded December 8, 2004 in Book 1242 at Pages 438 and 439 and are attached hereto as Exhibit B and is incorporated by reference herein.

9. The Estate of Louis Giuliano is a party in interest and owner of the fee of the subject property sold at foreclosure sale.

10. A true and accurate copy of title commitment report depicting the status of the title regarding the Premises on 82 Weeks Street, Cumberland, Rhode Island is attached hereto as Exhibit C and is incorporated by reference herein.

11. On April 3, 2007, Plaintiff foreclosed on the Premises.

12. The sale proceeds were $223,000.00.

13. After applying the sale proceeds to the outstanding principal, interest, escrow deficit, legal fees and expenses, inspection fees, and insurance, there was a surplus of $147,587.00.

14. Pursuant to Rule 22 of the Superior Court Rules of Civil Procedure, Plaintiff wishes to interplead into this Court the remaining surplus sale proceeds, and after deducting its legal fees to bring this action, to be discharged of any liability to any of Defendant lien holders and/or former fee owners.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

15. A case or controversy exists as to the disposition of the surplus proceeds.

16. As interpleader action is appropriate because otherwise the Plaintiff is exposed to double or multiple liabilities and because Plaintiff is merely a stakeholder with no interest in how the net surplus proceeds are allocated.

WHEREFORE, Plaintiff, Douglas Lumber Corp., requests that this Court order that the surplus proceeds from its foreclosure sale, less any outstanding legal fees and costs, be interpleaded into the registry of the Court, and further requests an Order of the Court discharging Plaintiff from any liability to Defendants.

Plaintiff, Douglas Lumber Corp., designates Richard C. Tallo, Esquire as trial counsel.

PLAINTIFF,
By its Attorney,

Richard C. Tallo, Esquire #0504
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

Dated: June 12, 2007

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

DEC-06-2006 02:40 AM

Plaintiff's Exhibit

A

Form 668 (Y)(c)
(Rev. February 2004)

3437

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #1
Lien Unit Phone: (800) 913-6050

Serial Number
328131906

For Optional Use by Recording Office

RECORDED: 11/29/2006 10:20 AM
BK / PG : 001361 / 000553
Inst No : 00015829
CUMBERLAND TOWN CLERK'S OFFICE
PAT SKIPP

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer LOUIS GIULIANO

Residence 160 HARRIS RD
SMITHFIELD, RI 02917-1931

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2001 | XXX-XX-9076 | 06/06/2005 | 07/06/2015 | 435191.06 |

Place of Filing
TOWN CLERK
CUMBERLAND TOWN HALL
CUMBERLAND, RI 02864

Total $ 435191.06

This notice was prepared and signed at MANHATTAN, NY, on this,

the 14th day of November, 2006.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Signature R. A. Mitchell
for SHAWN L SKENE

Title
REVENUE OFFICER 21-02-3432
(401) 826-4701

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Plaintiff's Exhibit

B

BK 1242 PG438

# 11,578

# MORTGAGE DEED

I, **LOU GIULIANO**, of the Town of Smithfield, Rhode Island for consideration paid, grant to **TARA CAPUANO** of the Town of Cumberland, Rhode Island individually with MORTGAGE COVENANTS, to secure the payment of **FIFTY THOUSAND AND no/100 ($50,000.00) Dollars** payable as provided in a certain negotiable promissory note of even date herewith, the following premises:

**WEEKS STREET**
**CUMBERLAND, RI 02864**
**AP 53 LOT 1006**

as further described in Exhibit "A" attached hereto and incorporated herein.

This mortgage is made upon the STATUTORY CONDITIONS and with the **STATUTORY POWER OF SALE.**

Witness our hands this 19th day of October, 2004.

In the presence of:

WITNESS

Lou Giuliano

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In the Town of Lincoln on the 19th day of October, 2004 before me personally appeared **Lou Giuliano** to me known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him executed to be his free act and deed.

NOTARY PUBLIC: Michael J. Healey
MY COMMISSION EXPIRES: 1/15/2006

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, R.I.

BK 1242 PG 439

**EXHIBIT A**

That certain lot or parcel of land with all improvements thereon situated in the Town of Cumberland, County of Providence, State of Rhode Island laid out and designated as Lot 240 on that Plat entitled "Home Crest cumberland Hill, R.I. Owned by the City and Suburban Land Trust Providence, R.I. C. Louis Dunklee, Eng'r July 1919" which plat is recorded on Plat Card 117 in said Town of Cumberland. Subject to and together with any easements or restrictions as they may apply.

Property Address
Weeks Street
Cumberland, RI
AP 53 Lot 1006

RECEIVED
Town of Cumberland
DEC 8 2004

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Plaintiff's Exhibit

C

LandAmerica
Commonwealth

# COMMITMENT FOR TITLE INSURANCE

## SCHEDULE A

**Case Number: RI020932C**

1. Effective Date: **January 25, 2007 at 8:00 a.m.**

2. Policy or Policies to be issued:

   (a) ALTA Owner's Policy - (10-17-92) Amount: **$tbd.**

   PROPOSED INSURED:

   **To be determined.**

   (b) ALTA Loan Policy - (10-17-92) Amount: **$tbd.**

   PROPOSED INSURED:

   **To be determined.**

3. Title to the **fee simple** estate or interest in the land described or referred to in this commitment is at the effective date hereof vested in:

   **As to the fee, John Shekarchi, Esq., Retirement Plan by Collector's Deed from the Town of Cumberland dated the [blank] day of September, 2006 and recorded with the Land Evidence Records of the Town of Cumberland, Rhode Island on September 14, 2006 at 3:23 p.m. In Book 1349 at Page 788.**

   **As to right of redemption, Estate of Louis Giuliano a/k/a Louis Guiliano a/k/a Lou Giuliano, owner by Warranty Deed from Tara Lett dated November 2, 1998 and recorded November 2, 1998 at 3:50 p.m. in Book 772, Page 186.**

4. The land referred to in this Commitment is described as follows:

   **All that certain parcel of land with the buildings thereon situated at 82 Weeks Street (Assessor's Plat 53, Lot 1006) in the Town of Cumberland, County of Providence, and State of Rhode Island, as more particularly described in Exhibit A attached hereto and incorporated by reference herein.**

Countersigned at Smithfield, Rhode Island

Albert K. Antonio

Authorized Officer or Agent: Albert K. Antonio

rue Copy Attest

Office of Clerk of Superior Cour
Counties of Providence & Brist
Providence, Rhode Island

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

LandAmerica
Commonwealth

**COMMITMENT FOR TITLE INSURANCE**
**SCHEDULE B - SECTION 1**
**Requirements**

**Case Number: RI020932C**

The following are the requirements to be complied with:

Item (a) Payment to or for the account of the grantors or mortgagors of the full consideration for the estate or interest to be insured.

Item (b) Proper instrument(s) creating the estate or interest to be insured must be executed and duly filed for record to-wit:

1. Redemption Deed or Certificate of Redemption from Town of Cumberland or John Shekarchi, Esq. Retirement Plan vesting fee simple title in proposed insured owner.

2. Foreclosure Deed and appropriate Affidavits as required by R.I.G.L. Sections 34-11-22 and 34-27-4 from foreclosing person or entity vesting fee simple title / equity of redemption in proposed insured owner.

3. Mortgage Deed from proposed insured owner to proposed lender securing the insured loan.

Item (c) The following matters or documents must be resolved and/or produced to the satisfaction of the Company:

1. Pay all unpaid real estate taxes, sewer installation charges, sewer use charges, water use charges, water installation charges, fire service (water), fire district taxes and all other applicable municipal charges and assessments.

2. Pay the premiums, fees and charges due to the Company for the policy.

3. Compliance with Rhode Island General Laws § 44-30-71.3-Non Resident Withholding, and Regulations promulgated pursuant thereto. This applies to the sale of property in Rhode Island, and requires that a percentage of sellers' net proceeds be withheld and remitted to the Rhode Island Division of Taxation. A recitation of Rhode Island residency contained in a recorded deed discharges the § 44-30-71.3 lien. A recital as to the manner of compliance must be contained in any deed of conveyance.

4. Mortgage - $50,000.00 -- from Lou Giuliano to Douglas Lumber Corp. dated October 19, 2004 and recorded December 8, 2004 at 1:23 p.m. in Book 1242, Page 428. As affected by Affidavit recorded in Book 1353, Page 728. Foreclosure Deed in acceptable form and appropriate due diligence to be obtained and recorded.

5. Mortgage - $50,000.00 – from Lou Giuliano to Tara Capuano dated October 19, 2004 and recorded December 8, 2004 at 1:24 p.m. in Book 1242, Page 430. Lien of Mortgage will be avoided by proper foreclosure of prior mortgage (#4).

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

6. As to Douglas Lumber Corp., a Rhode Island corporation, the following to be produced and filed with this Company:

   a. Certificate of Good Standing from Rhode Island Secretary of State.
   b. Letter of Good Standing from Rhode Island Division of Taxation. If proposed transaction will constitute the sale or transfer of the greater part in value of the Rhode Island assets of the corporation, compliance with R.I.G.L. 7-1.1-72 and 44-11-29 is required.
   c. Certified copy of vote or resolution authorizing the foreclosure and the execution and delivery of the Deed and other documents for this transaction.

7. Notice of Federal Tax Lien - $435,191.06 – IRS vs. Louis Giuliano recorded November 29, 2006 in Book 1361 at Page 553. The Lien of this Notice will be avoided by proper foreclosure of prior mortgage (#4). Evidence of such notice to be provided to the Company.

8. Copies of all notices to be provided to the Company.

9. Discharge of Estate Tax Lien for Estate of Louis Giuliano a/k/a Louis Guiliano a/k/a Lou Giuliano,

NOTE: The Company may make other requirements or exceptions upon its review of the proposed documents creating the estate or interest to be insured or otherwise ascertaining details of the transaction.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

LandAmerica
Commonwealth

**COMMITMENT FOR TITLE INSURANCE**
**SCHEDULE B - SECTION 2**
**Exceptions**

**Case Number: RI020932C**

The policy or policies to be issued will contain exceptions to the following unless the same are disposed of to the satisfaction of the Company:

1. Defects, liens, encumbrances, adverse claims or other matters, if any, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record an estate or interest or mortgage thereon covered by this Commitment.

2. Rights or claims of persons in possession.

3. Easements or claims of easements not shown by the public records, boundary-line disputes, overlaps, encroachments, title to filled lands (if any) and any matters not of record which would be disclosed by an accurate survey and inspection of the premises.

4. Any lien, or right to a lien, for services, labor or material, heretofore or hereafter furnished, imposed by law and not shown by the public records.

5. Real Estate Taxes, fire district taxes and municipal charges, including taxes and municipal charges that become due and payable subsequent to the date of said policy.

6. Water and sewer charges.

7. Grant of Easement to the Town of Cumberland recorded in Book 498, Page 270.

8. Consent Judgment, including rights of first refusal referred to therein, recorded in Book 729, Page 216, as affected by Letter recorded in Book 739, Page 427. As further affected by Release of Right of First Refusal, so called, for AP 53 Lots 1005 and 1006, Record Lots 241 and 242, recorded in Book 1309, Page 265.

9. Rhode Island Department of Environmental Management Insignificant Alteration – Permit, Application No. 04-0278, August 18, 2004 in Book 1222, Page 96.

10. Disclosure Notice re: Probate Proceedings recorded November 3, 2006 in Book 1358 at Page 193.

NOTE: If policy is to be issued in support of a mortgage loan, attention is directed to the fact that the Company can assume no liability under its policy, the closing instructions, or Insured Closing Service for compliance with the requirements of any consumer credit protection or truth in lending law in connection with said mortgage loan.

NOTE: This commitment omits any covenant, condition or restriction referred to above which is based on race, color, religion, sex, handicap, familial status or national origin, unless and only to the extent that the restriction is not in violation of state or federal law, or relates to a handicap, but does not discriminate against handicapped people.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

# EXHIBIT A

That certain lot or parcel of land, together with all the buildings and improvements thereon, situated in the Town of Cumberland, County of Providence and State of Rhode Island, laid out and designated as Lot No. 242 (two hundred forty-two) on that certain plan entitled, "HOME-CREST CUMBERLAND HILL, R.I. OWNED BY THE CITY AND SUBURBAN LAND TRUST PROVIDENCE, R.I. C. LOUIS DUNKLEE ENG'R JULY 1919 Scale 1"=120'", which said Plan was recorded with the Land Evidence Records of the Town of Cumberland on August 6, 1919 at 2:30 p.m. on Plat Card 117.

-RI020932C-

rue Copy Attest

Office of C[illegible] [illegible]rior Court
Counties of [illegible] [illegible] Bristol
Providence, Rhode Island

# TAB 2

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC.

DOUGLAS LUMBER CORP.

VS. C. A. No. PC 07-3148

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO

**PLAINTIFF'S MOTION TO BE DISCHARGED**

Plaintiff, Douglas Lumber Corp., moves this court for an order discharging it from any further liability in this matter or in connection with claims interpleaded in this action, and for an order awarding Plaintiff, Douglas Lumber Corp., its costs and reasonable attorney's fees incurred in connection with this action. Plaintiff, Douglas Lumber Corp., should be discharged from this action and awarded costs and fees due to the following:

1. As established by the pleadings in this action, Plaintiff, Douglas Lumber Corp., is a completely disinterested stakeholder in this matter. It has been the subject of multiple adverse claims concerning the sum of $147,587.00 representing the surplus proceeds from a foreclosure sale of real estate in which the defendants are junior stakeholders.

In accordance with the provisions of Rule 22 of the Superior Court Rules of Civil Procedure, Plaintiff, Douglas Lumber Corp., brought this interpleader action requiring and permitting all the adverse claimants to assert and resolve their claims in a single proceeding. Plaintiff, Douglas Lumber Corp., moved for leave of the court to deposit the entirety of the sum into the registry of the court. Plaintiff, Douglas Lumber Corp., has no further interest in the disposition of the sum deposited by the court including

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
07 JUN 20 AM 11:51

which party, if any, recovers all or any portion of that sum, and has no other obligations of any kind to the parties asserting adverse claims to the sum on deposit. In connection with this discharge, Plaintiff, Douglas Lumber Corp., should be awarded its costs and reasonable attorney's fees for bringing the interpleader proceeding and permitting all the parties to resolve their adverse claims in a single proceeding. An accompanying fee affidavit sets forth the amount of the costs and fees incurred in connection with this action.

In light of the foregoing, Plaintiff, Douglas Lumber Corp., requests that its motion be granted.

Plaintiff,
By its Attorney,

Richard C. Tallo, Esquire #0504
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

:rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bris...
Providence, Rhode Island

**CERTIFICATION**

I hereby certify that on this 27th day of June, 2007, I mailed a true copy of the within to the following:

Edward L. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence RI 02903

Internal Revenue Service
Area Director
P O Box 9112
Stop 20800
JFK Federal Building
Boston MA 02203

U. S. Department of Justice
Office of U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence RI 02903

U. S. Department of Justice
Tax Division
Ben Franklin Station
Washington DC 20044

Dale E. Yates

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# TAB 3

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS.

C. A. No. PC 07-3148

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO

**PLAINTIFF'S MOTION TO PERMIT DEPOSIT INTO REGISTRY OF COURT**

In accordance with the provisions of Rule 67 of the Superior Court Rules of Civil Procedure, plaintiff hereby moves the court for an order permitting it to deposit the sum of $147,587.00 into the registry of the court. On June 20, 2007, plaintiff, Douglas Lumber Corp., initiated this action for interpleader as to the right to the sum of $147,587.00 by defendants, United States of America, Tara Capuano, Alias and Estate of Louis Giuliano. The funds were the surplus of a foreclosure sale of real estate in which the defendants had junior liens.

Plaintiff, Douglas Lumber Corp., makes no claim for any part of the funds sought to be deposited and has no interest in which other parties asserting adverse claims against these sums recovers all or any portion of the sums sought to be deposited. Because plaintiff, Douglas Lumber Corp., has no further interest in the sums in question and seeks to be discharged from this action, the deposit of the disputed sums is a precondition to that discharge.

In light of the foregoing, plaintiff requests that its motions be granted.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED

07 JUL 23 AM 11:52

Plaintiff,
By its Attorney,

Richard C. Tallo, Esquire #0504
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

**CERTIFICATION**

I hereby certify that on this 27th day of June, 2007, I mailed a true copy of the within to the following:

Edward L. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence RI 02903

Internal Revenue Service
Area Director
P O Box 9112
Stop 20800
JFK Federal Building
Boston MA 02203

U. S. Department of Justice
Office of U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence RI 02903

U. S. Department of Justice
Tax Division
Ben Franklin Station
Washington DC 20044

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# TAB 4

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO
**Defendant**

***Summons***

*To the above-named Defendant:* ESTATE OF LOUIS GIULIANO:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: June 21, 2007

**(Seal of the Superior Court)**

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
07 JUN 28 PM 12:02

# State of Rhode Island and Providence Plantations

Providence ..........................,SC

## PROOF OF SERVICE

I hereby certify that on the ......21st...... day of ......June, 2007...... I served a copy of this summons and a copy of the complaint received therewith upon ......Estate of Louis Giuliano...... in the following manner:

~~By delivering a copy of the summons and complaint to him/her personally.~~

~~By leaving a copy of the summons and complaint at his/her dwelling house, .................................................. (Address), with a person of suitable age and discretion then residing therein.~~

~~By leaving a copy of the summons and complaint at his/her usual place of abode, .................................................., with a person of suitable age and discretion then residing therein.~~

✓✓✓ By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ......Edward L. Maggiacomo, Esq......

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

......Shana Gibson......

Sheriff's Fees

Travel ........................ $........................

Service ........................ $......45.00......

$......45.00......

Robert J. Kilduff Constable #6020 ~~Deputy Sheriff~~

CIVIL ACTION

FILE NO. ......PC 07-3148......

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TARI CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendant Estate of Louis Giuliano:

Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence RI 02903

ATTORNEY FOR PLAINTIFF

Richard C. Tallo, Esq. #0504
P. O. Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 5

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO
**Defendant**

***Summons***

*To the above-named Defendant:* TARA CAPUANO:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: June 21, 2007

**(Seal of the Superior Court)**

SUPERIOR COURT
FILED

07 JUN 29 AM 9:01

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

Providence, SC

## PROOF OF SERVICE

I hereby certify that on the 21st day of June, 2007 I served a copy of this summons and a copy of the complaint received therewith upon Tara Capuano in the following manner:

~~By delivering a copy of the summons and complaint to him/her personally.~~

~~By leaving a copy of the summons and complaint at his/her dwelling house, ............ (Address), with a person of suitable age and discretion then residing therein.~~

~~By leaving a copy of the summons and complaint at his/her usual place of abode, ............, with a person of suitable age and discretion then residing therein.~~

✓ By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely Edward L. Maggiacomo, Esq

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows: Shana Gibson

Sheriff's Fees

Travel $ —

Service $ 45.00

$ 45.00

Robert J. Kilduff Constable #6070 Deputy Sheriff

CIVIL ACTION

FILE NO. PC 07-3148

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TARA
CAPUANO, Alias and ESTATE OF
LOUIS GIULIANO

Serve Defendant Tara Capuano:
Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence RI 02903

ATTORNEY FOR PLAINTIFF

Richard C. Tallo, Esq. #0504
P. O. Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 6

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS.

C. A. No. PC 07-3148

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO

**ATTORNEY'S FEE AFFIDAVIT**

I, Richard C. Tallo, after having been duly sworn, hereby state as follows:

1. I am a practicing attorney in the State of Rhode Island and have been engaged in the general practice of law for a period of 34 years.

2. I have extensive experience in litigation and loan workouts, and am knowledgeable and familiar with the ordinary, customary and reasonable attorney's fees and costs incurred in connection with these matters.

3. That this suit has been brought to interplead approximately $147,587.00 in surplus funds resulting from a foreclosure sale by plaintiff in light of competing claims by defendants.

4. That it is my opinion that the total attorney's fees, costs and expenses incurred in the amount of $1,375.00 as of July 2, 2007 including a $1,125.00 fee for preparation for and attendance at the hearing of this motion, based upon hourly rates of $225.00 per hour, is a fair and reasonable amount relative to these proceedings.

5. That the criteria upon which the attorney's fees are based comport with the criteria set forth in Rule 1.5 of the Rules of Professional Conduct

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
07 JUL 28 AM 11:59

set forth in Article V of the Rhode Island Supreme Court Rules. These criteria include the following:

1. The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;

2. The likelihood, if apparent to the client, that the acceptance of a particular employment will preclude other employment by the lawyer;

3. The fee customarily charged in the locality for similar legal services;

4. The amount involved and the results obtained;

5. The time limitation imposed by the client or by the circumstances;

6. The nature and length of the professional relationship with the client;

7. Experience, reputation and ability of the lawyer or lawyers performing the services;

8. Whether the fee is fixed or contingent.

Richard C. Tallo, Esquire

Subscribed and sworn to before me on this 27th day of June, 2007.

Notary Public
Commission Expires: 6/16/09

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# TAB 7

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO
**Defendant**

***Summons***

*To the above-named Defendant:* UNITED STATES OF AMERICA:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: June 21, 2007

(Seal of the Superior Court)

SUPERIOR COURT
FILED

57

S-135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ............................................ day of ....................................................... I served a copy of this summons and a copy of the complaint received therewith upon .....................................................................................

.....................................................................................................................................................

in the following manner:

By deli[...]

By leav[...]

.........................

residing therein.

By leav[...]

.........................

residing therein.

By deli[...]

receive service c[...]

such agent being as follows:

.........................

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. Department of Justice
Office of the U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence RI 02903

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Kristen Lancaster

C. Date of Delivery 8-25-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7002 0860 0007 0138 1294

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Sheriff's Fees

Travel ......................... $...........................

Service ......................... $...........................

$...........................

.............................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. PC 07-3148

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendant United States of America:
~~U. S. Department of Justice~~
Office of U. S. Attorney
XXXXXXXXXXXXXX
~~50 Kennedy Plaza, 8th Floor~~
Providence RI 02903

Richard C. Tallo, Esq. #0504
P O Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 8

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO
**Defendant**

***Summons***

*To the above-named Defendant:* United States of America:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: June 21, 2007

**(Seal of the Superior Court)**

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED

07 JUN 20 AM 11:56

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ........................................ day of .................................................. I served a copy of this summons and a copy of the complaint received therewith upon ......................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By lea ......

........................ residing therein

By lea ......

........................ residing therein

By del receive service ........

such agent bein as follows:

........................ ........

........................ ........

........................ ........

Sheriff's Fees
Travel
Service ........................ $........................... ........................................................ Deputy Sheriff

$............................

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Area Director
P O Box 9112
Stop 20800
JFK Federal Building
Boston MA 02203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery JUN 26 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7002 0860 0007 0138 1300

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

CIVIL ACTION

FILE NO. ...PC 07-3148..........

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendant United States of America:
~~Internal Revenue Service~~
Area Director
~~P O Box 9112~~ XXXXXXXXXXXXXXX
JFK Federal Building
Boston MA 02203

Richard C. Tallo, Esq. #0504
P O Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 9

2007 JUL -2 P 3:54
HENRY S. KINCH JR., CLERK
FILED
SUPERIOR COURT

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | | |
|---|---|---|
| DOUGLAS LUMBER CORP., Plaintiff, | : | |
| v. | : | C.A. No. PC 07-3148 |
| UNITED STATES OF AMERICA, TARA CAPUANO and THE ESTATE OF LOUIS J. GIULIANO, SR. Defendants. | : | |

## ANSWER OF INTERPLEADER DEFENDANT, THE ESTATE OF LOUIS J. GIULIANO, SR.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

*14.* Admitted.

*15.* Admitted.

*16.* Admitted.

FIRST AFFIRMATIVE DEFENSE

The surplus funds belong to the Estate of Louis J. Giuliano, Sr.

WHEREFORE: The Defendant, The Estate of Louis J. Giuliano, Sr. (the "Estate"), claims the surplus and leaves the other Interpleader Defendants to their proof as to their entitlement to any surplus funds.

Respectfully submitted,

**THE ESTATE OF LOUIS J. GIULIANO, SR.,**
By its Attorney:

Jaime J. LaPorte

EDWARD L. MAGGIACOMO (#0438)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
FAX: 401-751-0604
Dated: July 2, 2007

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



421441v1

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was sent via first class mail postage prepaid to the following on this 2nd day of July, 2007:

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, RI 02940

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



421441v1

# TAB 10

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO
**Defendant**

***Summons***

*To the above-named Defendant:* United States of America:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

Dated: June 21, 2007

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -2 A 10: 36

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

.............................................,SC

## PROOF OF SERVICE

I hereby certify that on the .......................................... day of .............................................................. I served a copy of this summons and a copy of the complaint received therewith upon ..........................................................................................

..........................................................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By lea ..........

.......................... residing therein

By lea ..........

.......................... residing therein

By dei

receive service

such agent bein

as follows:

..........................

..........................

..........................

Sheriff's Fees

Travel

Service ........................ $............................ ..........................................................

Deputy Sheriff

$............................

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Area Director
P O Box 9112
Stop 20800
JFK Federal Building
Boston MA 02203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery JUN 26 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 0860 0007 0138 1300

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

CIVIL ACTION

FILE NO. ....PC 07-3148..........

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendant United States of America:

~~Internal Revenue Service~~
Area Director
~~P O Box 9112~~ XXXXXXXXXX
JFK Federal Building
Boston MA 02203

Richard C. Tallo, Esq. #0504
P O Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond

# TAB 11

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO
**Defendant**

***Summons***

*To the above-named Defendant:* TARA CAPUANO:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

Dated: June 21, 2007

(Seal of the Superior Court)

True Copy Attest
Hy S Kinch Jr
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -2 A 10:31

S-135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

Providence, SC

## PROOF OF SERVICE

I hereby certify that on the 21st day of June, 2007 I served a copy of this summons and a copy of the complaint received therewith upon Tara Capuano in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ............ (Address), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ............, with a person of suitable age and discretion then residing therein.

✓ By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely Edward L. Maggiacomo, Esq

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows: Shana Gibson

Sheriff's Fees

Travel ............ $............

Service ............ $45.00

$45.00

Robert J. Kilduff
Constable #6070
Deputy Sheriff

CIVIL ACTION

FILE NO. PC 07-3148

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TAR CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendant Tara Capuano:
Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floo
Providence RI 02903

ATTORNEY FOR PLAINTIFF

Richard C. Tallo, Esq. #0504
P. O. Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 12

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
Plaintiff

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and ESTATE
OF LOUIS GIULIANO
Defendant

***Summons***

*To the above-named Defendant:* ESTATE OF LOUIS GIULIANO:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

Dated: June 21, 2007

(Seal of the Superior Court)

True Copy Attest
Hy S Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -2 A 10:37

S-135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

Providence ..................,SC

## PROOF OF SERVICE

I hereby certify that on the .......21st....... day of ....June, 2007...... I served a copy of this summons and a copy of the complaint received therewith upon ......Estate of Louis Giuliano...... in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ........................................ (Address), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ........................................, with a person of suitable age and discretion then residing therein.

✓✓✓ By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ....Edward L. Maggiacomo, Esq....

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

....Shana Gibson....

........................................

........................................

Sheriff's Fees

Travel .................... $—

Service .................... $45.00

$45.00

Robert J. Kilduff
Constable #6020 ~~Deputy Sheriff~~

CIVIL ACTION

FILE NO. ..PC 07-3148..

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TAR CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendant Estate of Louis Giuliano:
Edward L. Maggiacomo, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence RI 02903

ATTORNEY FOR PLAINTIFF

Richard C. Tallo, Esq. #0504
P. O. Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 13

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO
**Defendant**

## ***Summons***

*To the above-named Defendant:* UNITED STATES OF AMERICA:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

True Copy Attest
Hy S. Kinch Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

Dated: June 21, 2007

**(Seal of the Superior Court)**

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2007 JUL -2 A 10: 36

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

..............................................,SC

## PROOF OF SERVICE

I hereby certify that on the .................................... day of ............................................. I served a copy of this summons and a copy of the complaint received therewith upon ..................................................................................................

in the following manner:

By deli[...]

By leav[...]

residing therein.

By leav[...]

residing therein.

By deli[...] receive service c[...]

such agent being as follows:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. Department of Justice
Office of the U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kristen Lancaster

C. Date of Delivery: 8-25-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 0860 0007 0138 1294

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Sheriff's Fees

Travel ........................ $...........................

Service ........................ $...........................

$...........................

.......................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. PC 07-3148

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendanted United States of America:
~~U. S. Department of Justice~~
Office of U. S. Attorney
~~50 Kennedy Plaza, 8th Floor~~
Providence RI 02903

[signature]
Richard C. Tallo, Esq. #0504
P O Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 14

STATE OF RHODE ISLAND PROVIDENCE, SC. — SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS. — C. A. No. PC 07-3148

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO

## ATTORNEY'S FEE AFFIDAVIT

I, Richard C. Tallo, after having been duly sworn, hereby state as follows:

1. I am a practicing attorney in the State of Rhode Island and have been engaged in the general practice of law for a period of 34 years.

2. I have extensive experience in litigation and loan workouts, and am knowledgeable and familiar with the ordinary, customary and reasonable attorney's fees and costs incurred in connection with these matters.

3. That this suit has been brought to interplead approximately $147,587.00 in surplus funds resulting from a foreclosure sale by plaintiff in light of competing claims by defendants.

4. That it is my opinion that the total attorney's fees, costs and expenses incurred in the amount of $1,375.00 as of July 2, 2007 including a $1,125.00 fee for preparation for and attendance at the hearing of this motion, based upon hourly rates of $225.00 per hour, is a fair and reasonable amount relative to these proceedings.

5. That the criteria upon which the attorney's fees are based comport with the criteria set forth in Rule 1.5 of the Rules of Professional Conduct

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -2 A 10: 36

set forth in Article V of the Rhode Island Supreme Court Rules. These criteria include the following:

1. The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;

2. The likelihood, if apparent to the client, that the acceptance of a particular employment will preclude other employment by the lawyer;

3. The fee customarily charged in the locality for similar legal services;

4. The amount involved and the results obtained;

5. The time limitation imposed by the client or by the circumstances;

6. The nature and length of the professional relationship with the client;

7. Experience, reputation and ability of the lawyer or lawyers performing the services;

8. Whether the fee is fixed or contingent.

Richard C. Tallo, Esquire

Subscribed and sworn to before me on this 27th day of June, 2007.

Notary Public
Commission Expires: 6/16/09

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -2 A 10:31

# TAB 15

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

FILE

DOUGLAS LUMBER CORP.

VS. C. A. No. PC 07-3148

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEPOSIT INTO REGISTRY OF COURT**

Plaintiff's motion for leave to deposit money into the registry of the court came on for hearing before Mr. Justice Rubine on July 2, 2007. The court notes that all the requirements of Rule 67 of the Superior Court Rules of Civil Procedure have been satisfied, and that leave of court was sought by the motion, and every other party to the action has received notice of the motion. There is good cause to permit the deposit and none to prevent it. Accordingly, after hearing thereon and in consideration thereof, it is hereby

ORDERED:

That plaintiff's motion is granted, and the clerk shall accept for deposit the check tendered by plaintiff's counsel in the amount of $147,587.00 minus counsel fees and costs of 1375.00 and deposit it in the registry of court. The funds so deposited are ordered subject to the ultimate disposition of the court in this matter.

ENTERED as an Order of this Court on this 2nd day of July, 2007.

ENTER: BY ORDER:

________________ J.
7/2/07

________________
Clerk

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR. CLERK
2007 JUL -2 A 10:34

Submitted By:

Richard C. Tallo, Esquire #0504
Attorney for Plaintiff
P. O. Drawer 9007
Providence RI 02940
Tel.: (401) 726-1010
Fax: (401) 726-3406

**CERTIFICATION**

I hereby certify that on this 27th day of June, 2007, I mailed a true copy of the within to the following:

Edward L. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence RI 02903

Internal Revenue Service
Area Director
P O Box 9112
Stop 20800
JFK Federal Building
Boston MA 02203

U. S. Department of Justice
Office of U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence RI 02903

U. S. Department of Justice
Tax Division
Ben Franklin Station
Washington DC 20044

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL -2 A 10:34

# TAB 16

Richard C. Tallo
ATTORNEY AT LAW

July 3, 2007

Registry of Court
Providence Superior Court
250 Benefit Street, Room 531
Providence RI 02903

Re: ***Douglas Lumber Corp. v. United States of America, et al.***
***C. A. No. PC 07-3148***

Dear Sir or Madam:

Enclosed please find copy of the Order Granting Plaintiff's Motion for Deposit into Registry of Court in the above-captioned matter, along with my check in the amount of $146,212.00. Kindly deposit these funds in the Registry of Court as indicated.

If you have any questions, do not hesitate to contact me.

Very truly yours,

RICHARD C. TALLO

RCT:geg
Enclosures

:rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Post Office Drawer 9007 • Providence, Rhode Island 02940 • 750 East Avenue • Pawtucket, Rhode Island 02860

Tel: 401.726.1010 • Toll Free: 800.230.4050 • Fax: 401.726.3406 • *richard@pearlmanlawoffices.com*

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Superior Court
Providence / Bristol County
OFFICE OF THE CLERK
250 Benefit Street
Providence, R.I. 02903

PC-2007-3148

7/06/07

IN ACCORDANCE WITH ORDER ENTERED BY RUBINE, J ON 7/02/2007 FUNDS IN THE AMOUNT OF $146,212.00 ARE RECEIVED AND DEPOSITED INTO THE REGISTRY OF THE COURT.

BOOK 20, PAGE 78.

[signature]

rue Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# TAB 17

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. PC 07-3148

DOUGLAS LUMBER CORP.
**Plaintiff**

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO
**Defendant**

***Summons***

*To the above-named Defendant:* UNITED STATES OF AMERICA:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Richard C. Tallo, Esquire Plaintiff's attorney, whose address is P. O. Drawer 9007 Providence RI 02940 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: June 21, 2007

(Seal of the Superior Court)

SUPERIOR COURT
FILED
07 JUL 12 AM 11:53

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

..............................................,SC

## PROOF OF SERVICE

I hereby certify that on the .............................................. day of ........................................................ I served a copy of this summons and a copy of the complaint received therewith upon ..........................................................................................

in the following manner:

By delivering ... By leavin ... residing therein ... By le ... residing therei ... By de ... receive service ... such agent bei ... as follows:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U. S. Department of Justice
Tax Division
[redacted]
Washington DC [redacted]

20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) JUL 02 2007 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 0860 0007 0138 1287

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Sheriff's Fees
Travel .............................. $..............................
Service .............................. $..............................
$..............................

..................................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. ........PC 07-3148........

SUMMONS

SUPERIOR COURT

DOUGLAS LUMBER CORP.

VS

UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO

Serve Defendant United States of America:
U. S. Department of Justice
Tax Division
Ben Franklin Station
~~xxxxxxxxxxxxxxxxx~~
Washington DC 20044

Richard C. Tallo, Esq. #0504
P. O. Drawer 9007
Providence RI 02940

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# TAB 18

**STATE OF RHODE ISLAND** **SUPERIOR COURT**
**PROVIDENCE, SC.**

| | | |
|---|---|---|
| **DOUGLAS LUMBER CORP.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. PC 07-3148** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **TARA CAPUANO and THE ESTATE OF** | : | |
| **LOUIS J. GIULIANO, SR.** | : | |
| **Defendants.** | : | |

## ANSWER OF DEFENDANT TARA CAPUANO

As for her answer to the Interpleader Complaint filed by Douglas Lumber Corporation ("Douglas Lumber"), Defendant Tara Capuano states as follows:

### Parties and Jurisdiction

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

DISTRICT COURT OF R.I.
SIXTH DIVISION
FILED
JUL 1 0 2007
LORRAINE A. ALFONSO
CLERK

### General Allegations

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL 16 A 9:36

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

WHEREFORE Interpleader defendant Tara Capuano demands that the Court distribute the full amount of funds owed to her from the subject surplus funds, pursuant to the Mortgage deed of October 19, 2004, plus accrued interest, attorney's fees and costs.

Tara Capuano
By her Attorney,

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)
bill@dimitri-perkins.com

FIRST AFFIRMATIVE DEFENSE

Interpleader defendant Tara Capuano pursuant to the mortgage deed of October 19,2004, has a lien with priority over all other existing liens with the exception of the Plaintiff's. Wherefore she is entitled to recover the full amount owed under said mortgage deed plus accrued interest and fees from the surplus funds.

Tara Capuano
By her Attorney,

William C. Dimitri, Esq.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Answer was sent by first class mail postage prepaid on this 9th day of July, 2007 to the following:

Richard C. Tallo, Esq.
P.O. Drawer 9007
Providence, RI 02940

Edward L. Maggiacomo, Esq.
One Citizens Plaza, 8th Floor
Providence, RI 02903

rue Copy Attest

Office of Clerk of Superior Court
Counties of Pro...
Providence...

# TAB 19

U.S. De rtment of Justice

**Tax Division**

*Please reply to:* *Civil Trial Section, Northern Region*
*P.O. Box 55*
*Ben Franklin Station*
*Washington, D.C.* 20044

*Facsimile No. (202) 514-5238*
*Trial Attorney: Wendy J. Kisch*
*Attorney's Direct Line: (202) 307-6553*

RTM:DPM:WJKisch
5-66-1582
CMN 2007103799

Henry S. Kinch, Jr.
Clerk of Court
Providence County Superior Court
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

Re: *Douglas Lumber Corp. v. United States, et al.*
Case No. PC 07-3148 (Providence County Superior Court)

Dear Mr. Kinch:

Enclosed please find the United States' Notice of Filing a Notice of Removal of the above-referenced case from your court to the United States District Court for the District of Rhode Island. I am requesting that you mail to the address listed below a certified or attested copy of all papers on record and a list of the docket entries in the above-captioned case. Only one certification is needed for the entire package, I do not need certification of individual pages. In this regard, please transmit copies of all pleadings filed in this case to:

Wendy J. Kisch, Esquire
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

If you have any questions, please do not hesitate to contact me at (202) 307-6553.

Sincerely yours,

WENDY J. KISCH
Trial Attorney, Civil Trial Section
Northern Region

Enclosures: As Stated

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL 26 A 10: 02

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DOUGLAS LUMBER CORP., Plaintiff, v. UNITED STATES OF AMERICA, TARA CAPUANO, Alias and ESTATE OF LOUIS GIULIANO Defendants. | ) | Case No. CA 07 282S (Formerly Case No. PC 07-3148 Providence County Superior Court) |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

TO: Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

William C. Dimitri
462 Broadway
Providence, RI 02909

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

PLEASE TAKE NOTICE that the action styled *Douglas Lumber Corp. v. United States, et al.*, Case No. PC 07-3148, now pending in the Providence County Superior Court in the state of Rhode Island, is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against the United States, and 28 U.S.C. § 1444, as it appears to be an action in interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

True Copy Attest

Photocopies of the summons and complaint, together with attachments, constituting all

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL 26 A 10: 02

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

2630598.1

non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

ROBERT CLARK CORRENTE
United States Attorney

RICHARD MYRUS
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND has this 26th day of July, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

William C. Dimitri
462 Broadway
Providence, RI 02909

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

265598.1

# TAB 20

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

DOUGLAS LUMBER CORP.,

Plaintiff,

v.

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias and
ESTATE OF LOUIS GIULIANO

Defendants.

Case No. PC 07-3148

NOTICE OF FILING OF PAPERS REMOVING
ACTION TO THE UNITED STATES DISTRICT COURT

TO: Henry S. Kinch, Jr., Clerk of the Providence County Superior Court

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

William C. Dimitri
462 Broadway
Providence, RI 02909

PLEASE TAKE NOTICE that, on July 26th, 2007, a Notice of Removal of the above-titled action was filed with the Clerk of the United States District Court for the District of Rhode Island. The notice was filed by and on behalf of the United States of America.

TAKE FURTHER NOTICE that, as provided by 28 U.S.C. § 1446(d), the Providence County Superior Court "shall proceed no further unless and until the case is remanded."

A copy of the Notice of Removal, without attachments, is annexed to this Notice.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 JUL 26 A 10: 02

This Notice is furnished and shall be filed as provided by 28 U.S.C. §1446(d).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD MYRUS
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF FILING has this 2nd day of July, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Richard C. Tallo, Esquire
P.O. Drawer 9007
Providence, Rhode Island 02940

Edward J. Maggiacomo, Esquire
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903

William C. Dimitri
462 Broadway
Providence, RI 02909

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

2630602.1