IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS LUMBER CORP., | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. 07-282S |
| UNITED STATES OF AMERICA, | ) | |
| TARA CAPUANO, Alias, and | ) | |
| ESTATE OF LOUIS GIULIANA | ) | |
| Defendant | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for Defendant, United States of America, in the above matter.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: richard.myrus@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 31st day of August, 2007, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Richard C. Tallo, Esq.
P.O. Drawer 9007
Providence, RI 02940

Edward J. Maggiacomo, Esq.
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903

William C. Dimitri
462 Broadway
Providence, RI 02909

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney