UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS LUMBER CORP

VS. CASE NO.: 1:07-cv-282

UNITED STATES OF AMERICA, et al

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiff, DOUGLAS LUMBER CORP.

____________________________

Bernard P. Healy #2072
750 East Avenue
Pawtucket, RI 02860
(401) 721-2260

CERTIFICATION

I hereby certify that on this date of ____________, 2007 a true copy of the herein was sent to Wendy Kisch, Esquire at Tax Division, U.S. Department of Justice, P.O. Box 55, Washington, D.C. 20044, William C. Dimitri, Esquire at 462 Broadway, Providence, Rhode Island 02909, and Edward J. Maggiacomo, Esquire, Adler Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island 02903 by first class mail, postage prepaid.

________________________