UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DOUGLAS LUMBER CORP.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-282-S** |
| | : | |
| **UNITED STATES OF AMERICA, *et al.*,** | : | |
| **Defendants.** | : | |

**ENTRY OF APPEARANCE OF JEFFREY K. TECHENTIN**

I, Jeffrey K. Techentin, hereby enter my appearance on behalf of Defendant The Estate of Louis J. Giuliano, Sr., with regard to the above-captioned case.

Respectfully submitted,

THE ESTATE OF LOUIS J. GIULIANO, SR.,
By its Attorneys:

/s/ Jeffrey K. Techentin
EDWARD L. MAGGIACOMO (#0438)
JAIME J. LAPORTE (#6668)
JEFFREY K. TECHENTIN (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
FAX: 401-751-0604
Dated: November 13, 2007

**CERTIFICATE OF SERVICE**

TO:

William C. Dimitri
William C. Dimitri & Associates
462 Broadway
Providence, RI 02909

Wendy J. Kisch
U.S. Department of Justice
Tax Division
PO Box 55
Ben Franklin Station
Washington,, DC 20044
282-514-5238 (fax)

Richard Myrus
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

Richard C. Tallo
P.O. Drawer 9007
Providence, RI 02940

I hereby certify that I filed the within Entry of Appearance the ECF system on the 13th day of November, 2007, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 07-282S.

/s/ Jeffrey K. Techentin_________

*435024_1*