IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

RECEIVED
NOV 15 2007
Property of U.S. District Court
District of Rhode Island

DOUGLAS LUMBER CORP.,
Plaintiff,
v.

UNITED STATES OF AMERICA,
TARA CAPUANO, Alias, and
ESTATE OF LOUIS GIULIANA,
Defendants.

Case No. 07-CV-282

AGREED ORDER

Plaintiff, Douglas Lumber Corp., and Defendants, United States of America, Tara Capuano, Alias, and the Estate of Louis Giuliana hereby STIPULATE AND AGREE:

WHEREAS, plaintiff, Douglas Lumber Corp. filed an Interpleader Complaint on June 21, 2007 in the Providence Superior Court for the State of Rhode Island ("State Court"), seeking to distribute surplus funds from a foreclosure sale of real property located at 82 Weeks Street, Cumberland, Rhode Island, (the "Cumberland Property") in the amount of $147,587;

WHEREAS, on July 2, 2007, the State Court entered an Order granting Plaintiff's motion for an award of attorney fees in the amount of $1,375 and granting the Plaintiff's motion to deposit the $147,587, minus counsel fees and costs of $1,375 with the court;

WHEREAS, Douglas Lumber Corp. has retained the $1,375 in attorney fees and costs and deposited the remaining $146,212 with the State Court.

WHEREAS, on July 26, 2007, the United States removed this action to the U.S. District Court for the District of Rhode Island;

WHEREAS, on July 27, 2007, the United States filed a motion for Reconsideration or Clarification of the State Court's order allowing attorney fees, asserting that no attorney fee award could reduce the amount of proceeds that would otherwise be awarded to the United

States;

WHEREAS, Tara Capuano has agreed that Douglas Lumber's attorney fees and costs can be paid from their share of the proceeds;

WHEREAS, Tara Capuano holds a mortgage secured by the Cumberland Property in the amount of $50,000, which was recorded with the Cumberland Town Clerk on December 8, 2004;

WHEREAS, the promissory note between Tara Capuano and Louis Giuliano, which is secured by the mortgage, provides for interest on the $50,000, to be paid at a rate of 5% per annum, and reasonable attorney fees;

WHEREAS, Tara Capuano claims $3,000 in attorney fees;

WHEREAS, the United States of America made an assessment against Louis Giuliano and filed a notice of federal tax lien against Louis Giuliano on November 29, 2006 in the amount of $435,191.06 for unpaid federal income taxes for the tax year 2001, which liability totaled $406,738.65, including all payments and statutory accruals, as of July 15, 2007;

WHEREAS, the federal tax lien attached to Louis Giuliano's interest in the surplus funds arising from the sale of the Cumberland Property;

THEREFORE, the parties agree and stipulate that the surplus funds totaling $147,587 should be distributed to the parties in the following order of priority:

A. Douglas Lumber, Corp. in the amount of $ 1,375 for its attorney's fees (from Tara Capuano's interest in the surplus funds), which amount has already been distributed;

B. Tara Capuano, in the amount of $ 59,262 ($50,000, plus $7,637 in interest and $3,000 in attorney fees, less the $1,375 paid to Douglas Lumber Corp.); and

C. The United States of America, the remainder of the interplead funds, in the amount of $86,952, plus any accrued interest from the State Court.

TARA CAPUANO

By: ______________________
William C. Dimitri, Esquire
William C. Dimitri & Associates
462 Broadway
Providence, RI 02909
Telephone: 401-273-9092

DOUGLAS LUMBER CORP.

By: ______________________
Richard C. Tallo
P.O. Drawer 9007
Providence, RI 02940
Telephone: 401-726-3406

UNITED STATES OF AMERICA

By: ______________________
Wendy J. Kisch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6553
Facsimile: (202) 514-5238
E-mail: wendy.j.kisch@usdoj.gov

ESTATE OF LOUIS J. GIULIANO, Sr.

By: ______________________
Edward L. Maggiacomo
Adler Polloc & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: 401-274-7200
Facsimile: 401-751-0604
E-mail: emaggiacomo@apslaw.com

IT IS SO ORDERED.

Dated: 11/16/07

______________________
WILLIAM E. SMITH
United States District Judge